FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICAELLA CLAY,

  Plaintiff,

v.

PNC BANK, NATIONAL ASSOCIATION,

  Defendant.

Case No. 2:22-CV-2253
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly Jolson

## OPINION AND ORDER

  This matter is before the Court on the Report and Recommendation issued by the Magistrate Judge who recommended that this case be dismissed for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure.  (ECF No. 23.)  The time for filing objections has passed and no objections were filed.  Therefore, for the reasons set forth in the Report and Recommendation this action is **DISMISSED** for failure to prosecute.  The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Defendant and close this case.

  IT IS SO ORDERED.

**4/12/2023**
**DATE**

        **s/Edmund A. Sargus, Jr.**
        **EDMUND A. SARGUS, JR.**
        **UNITED STATES DISTRICT COURT**